Appeal of J. H. MORROW, Administra-        Docket No. 927.
tor Estate of R. C. H. COVINGTON.

Submitted April 15, 1925; decided May 20, 1925.

*John Noland, Esq.*, for the taxpayer.
*Benjamin H. Saunders, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRAMMELL.

This is an appeal from a determination of a deficiency in income
tax in the sum of $2,526.30 for the year 1919.

### FINDINGS OF FACT.

The taxpayer is the Estate of R. C. H. Covington, deceased, of
Richmond, Kentucky. On February 11, 1914, R. C. H. Covington
owned the entire business, stock, furniture, fixtures, and good will of
a clothing store located in Richmond, Kentucky, and on that date
transferred said merchandise, furniture, fixtures, and good will to
a corporation known as R. C. H. Covington and Company, which
issued in exchange therefor 300 shares of stock of a par value of
$100, of which 264 shares were issued to himself, 30 shares to clerks
in his store, and 3 shares each to his wife and son, respectively.
Thereafter the 30 shares so issued to clerks were transferred to Cov-
ington so that, during the year 1919 and prior to the dissolution of
said corporation, he was the owner of 294 shares of the 300 shares
of the said corporation then issued and outstanding. On December
31, 1919, the said corporation was dissolved and its assets were trans-
ferred to the said R. C. H. Covington. From the date of the dissolu-
tion of the said corporation to the date of the death of R. C. H.
Covington in 1921, he continued to conduct the said business as sole
proprietor.

On the date of the dissolution of the said corporation it was the
owner of assets in excess of $30,000, and the said R. C. H. Coving-
ton received on the dissolution of the said corporation assets which
were $17,757.60 in excess of the value of the assets delivered by him
to the corporation at its organization.

The Commissioner, in auditing the income-tax return of the said
Covington for the year 1919, increased his income on account of the
foregoing dissolution of the said corporation in the sum of $17,-
757.60, and determined the deficiency above set forth in accordance
with such increase of income.

### DECISION.

The determination of the Commissioner is approved on the au-
thority of *Appeal of E. C. Huffman*, 1 B. T. A. 52; *Appeal of John
K. Greenwood*, 1 B. T. A. 291; and *Appeal of Estate of D. F. Buch-
miller*, 1 B. T. A. 380.